**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| JARMEN M. NELSON AND RAKI D. NELSON, | : | No. 336 MAL 2016 |
| | : | |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| LA FITNESS INTERNATIONAL, LLC, | : | |
| | : | |
| Respondent | : | |

**ORDER**

**PER CURIAM**

**AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.